UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Gerri A. Larson,

       Plaintiff,                            Civil No. 06-1811 (RHK/AJB)

vs.                                            **DISQUALIFICATION AND**
                                            **<u>ORDER FOR REASSIGNMENT</u>**

Ford Credit, d/b/a Primus, Interstate
Credit Control,

       Defendants.

       The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

       **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 9, 2005, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

       **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  May 17, 2006

                                                                    <u>s/Richard H. Kyle</u>
                                                                    RICHARD H. KYLE
                                                                    United States District Judge