UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Gerri A. Larson,

        Plaintiff,                        Civil No. 06-1811 (RHK/AJB)

vs.                                  **DISQUALIFICATION AND**
                                     **ORDER FOR REASSIGNMENT**

Ford Credit, d/b/a Primus, Interstate
Credit Control,

        Defendants.

The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

**IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 9, 2005, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

**IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated: May 17, 2006

                                             s/Richard H. Kyle
                                             RICHARD H. KYLE
                                             United States District Judge